JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Kenneth James Maxwell, Jr., | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | CV 17-6349 JFW (MRW) |
| Grace M. Kim, et al., | ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS* |
| DEFENDANT(S) | |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____     _____
Date                                                       United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

- ☐ Inadequate showing of indigency
- ☒ Legally and/or factually patently frivolous
- ☐ District Court lacks jurisdiction
- ☐ Immunity as to _____
- ☒ Other: SEE STATEMENT OF DECISION (ATTACHED)

Comments:

8/29/17                                                   /s/ MICHAEL R WILNER
Date                                                       United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

September 6, 2017                             /s/ John F. Walter
Date                                                       United States District Judge

CV-73 (08/16)                   ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Maxwell seeks leave to proceed in forma pauperis in this federal action. Plaintiff names the regional director of the Social Security Administration in Northern California and another agency employee as defendants.

The complaint suggests that Plaintiff seeks review of the denial of Social Security benefits. However, the complaint contains no facts regarding that agency action. Moreover, the complaint consists of unintelligible and frivolous statements along with a lengthy compilation of irrelevant exhibits.

The Court further notes the following civil actions that Plaintiff filed in this district for which IFP status was denied due to the frivolousness of the allegations:

- Maxwell v. Williams, No. CV 13-6478 OP
- Maxwell v. Harris, No. CV 14-329 OP
- Maxwell v. Kim, No. CV 16-5858 JFW (MRW)
- Maxwell v. Decker, No. CV 17-3931 JFW (MRW)

The Court concludes that Plaintiff is not entitled to IFP status in this Court. In the interests of justice, the Court recommends that the application be denied and the action dismissed.